## STATE OF CONNECTICUT *v.* OVID MCMILLER
### (14400)

Dupont, C. J., and O'Connell and Schaller, Js.

Argued October 31—decision released November 28, 1995

*Earl I. Williams*, for the appellant (defendant).

*Michele C. Lukban*, deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington*, state's attorney, and *Jeffrey Doskos*, assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.